AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

BALFORD OLIVER EVANS
DOB:
PDID

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 15, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense) unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 841(b)(1)(B)(ii)__.

I further state that I am __Special Agent Jennell Boggs__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
Special Agent Jennell Boggs
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

__AUG 14 2006__  at  Washington, D.C.
Date                                          City and State

ALAN KAY
Name & Title of Judicial Officer
U.S. MAGISTRATE JUDGE

_____
Signature of Judicial Officer