## AFFIDAVIT IN SUPPORT OF COMPLAINT

Jennell Boggs being duly sworn states as follows:

1. Your affiant is a duly sworn Special Agent with the Drug Enforcement Administration, having been so employed since October 2000. Prior to becoming a Special Agent, affiant was a Diversion Investigator with the Drug Enforcement Administration for approximately five and one half years. Affiant has received specialized training in narcotics investigation and identification as well as the laws of search and seizure. Affiant has been involved in multiple investigations involving narcotics trafficking of cocaine HCl.

2. Your affiant initiated an investigation into the illegal drug activities of Balford EVANS a.k.a. "Bald Head", in May 2006, based on the information received from a confidential source (hereafter referred to as DEA1) which was proven to be reliable and truthful.

3. In June, 2006, DEA1, at the instruction of your affiant, met with EVANS at a location in Prince George's County, Maryland, in order to discuss purchases of cocaine HCl. During that meeting, EVANS provided DEA1 with approximately 976.4 grams of cocaine HCl, with the expectation that DEA1 would pay him $24,500 at a later date. Prior to, during, and after the meeting with EVANS, DEA1 was under constant surveillance by DEA agents. Your affiant searched DEA1 and DEA1's vehicle before and after the meeting with EVANS for illegal contraband with negative results.

4. In July 2006, DEA1, at the instruction of your affiant, met with EVANS on two separate occasions in order to pay EVANS several thousand dollars toward the drug debt. One of the meetings occurred in Prince George's County, MD and the other meeting occurred in the District of Columbia.

Wherefore affiant has probable cause to believe that the above defendant has committed a violation of 21 USC 841(a)(1) and 841(b)(1)(ii) to wit: unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

_Jennell B. Boggs_
Special Agent
U.S. Drug Enforcement Administration

Subscribed to and sworn before me this ___14___ the day of August 2006.

_____
U.S. Magistrate Judge