AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

BALFORD OLIVER EVANS

**WARRANT FOR ARREST**

CASE NUMBER: 06-359M

To: The United States Marshal
and any Authorized United States Officer

**FILED**

YOU ARE HEREBY COMMANDED to arrest __BALFORD OLIVER EVANS__
                                          Name

AUG 17 2006

and bring him or her forthwith to the nearest magistrate to answer a(n)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 841(b)(1)(B)(ii)__

ALAN KAY                                    ALAN KAY
U.S. MAGISTRATE JUDGE                       U.S. MAGISTRATE JUDGE
Name of Issuing Officer                     Title of Issuing Officer

_[signature]_                               AUG 14 2006
Signature of Issuing Officer                Date and Location

Bail fixed at $_____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-14-06 | SEAN McLEOD | Sean McLeod |
| DATE OF ARREST | SDUSM | |
| 8-16-06 | | |